**No. 55045.**—Fred B. Cooper Co., Inc. v. United States, protests 146420–K and 146645–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the merchandise consists of hams and similar pork products in tins the same in all material respects as those involved in *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358).

In accordance with stipulation of counsel and following the decision cited it was held that 10 percent allowance should be made for the weight of the gelatinous material surrounding the merchandise contained in the tins.